Jonathan COOK, Appellant, v. LIBERTY NATIONAL BANK & TRUST CO. and Frederick E. Goldman and Evan W. Hughes, as Members of the Liquidating Committee of the Liberty National Bank & Trust Company, Appellees.

No. 384.

Circuit Court of Appeals, Second Circuit.

July 11, 1938.

Platow, Lyon & Stebbins, of New York City (William B. Fisher, of New York City, of counsel), for appellant.

Cardozo & Nathan, of New York City (William O. Robertson, of New York City, of counsel), for appellees.

Before L.´ HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

R. B. COURTRIGHT, Appellant, v. W. S. DE MOSS.

No. 11098.

Circuit Court of Appeals, Eighth Circuit.

Jan. 22, 1938.

C. I. Level, Asst. U. S. Atty., of Denison, Iowa, for appellant.

W. H. T. Wellons, of Glenwood, Iowa, for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this Court, on motion of appellant and certificate of clerk of United States District Court.

Mary F. DANIEL, Bankrupt, Appellant, v. CONNECTICUT GENERAL LIFE IN-SURANCE COMPANY.

No. 11203.

Circuit Court of Appeals, Eighth Circuit.

May 13, 1938.

Wayne W. Owen, of Little Rock, Ark., for appellant.

Hanover & Hanover, of Memphis, Tenn., for appellee.

PER CURIAM.

Petition for allowance of appeal from United States District Court denied.

Nick DANO v. UNITED STATES of America.

No. 7965.

Circuit Court of Appeals, Sixth Circuit.

June 8, 1938.

John D. Meyer, of Pittsburgh, Pa., and James R. Manak and Henry A. Pollack, both of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

Before HICKS, SIMONS, and AL-LEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed, pursuant to stipulation of counsel.